

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2015

No. 04-15-00687-CV

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellant

v.

Thomas H. **VEITCH** and Anne Veitch,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337
Honorable Renée Yanta, Judge Presiding

### ORDER

    In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are assessed against appellant.

    It is so **ORDERED** on November 25, 2015.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2015.

_____
Keith E. Hottle, Clerk